IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IKE SHAWNDALE NUNN,**                                                                                    **PLAINTIFF**
**ADC #152571**

**v.**                                 **CASE NO. 5:17CV00070 BSM**

**STATE OF ARKANSAS, et al.**                                                  **DEFENDANTS**

## ORDER

The partial recommended disposition [Doc. No. 10] submitted by United States Magistrate Judge Jerome T. Kearney has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects. Accordingly, the State of Arkansas, the United States of America, the Arkansas Department of Correction, Henry Boyce, Rob Ratton, Steve Howard, Scott Nance, Randy Rudisill, and David Lucus are dismissed as defendants because plaintiff Ike Nunn has failed to state a claim upon which relief may be granted against them.

IT IS SO ORDERED this 12th day of June 2017.

_____
UNITED STATES DISTRICT JUDGE