IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IKE SHAWNDALE NUNN,**                                                                      **PLAINTIFF**
ADC #152571

v.                 **CASE NO. 5:17CV00070 BSM**

**STATE OF ARKANSAS, et al.**                                            **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 22] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, defendants' motion to dismiss [Doc. No. 18] is granted and plaintiff Ike Nunn's claims against defendants are dismissed with prejudice.

IT IS SO ORDERED this 8th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE