IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**IKE SHAWNDALE NUNN,**                                                                                  **PLAINTIFF**
**ADC #152571**

v.                        **CASE NO. 5:17CV00070 BSM**

**STATE OF ARKANSAS, et al.**                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 8th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE